PAUL CALEO (SBN 153925)
pcaleo@grsm.com
EMILY GENGE (SBN 318706)
egenge@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

*Attorneys for Defendant*
NORDSTROM, INC.
*(erroneously sued as Nordstrom, Inc. dba Nordstrom Rack)*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL DEMESA,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC. dba NORDSTROM RACK, and DOES 1 through 25, inclusive.<br><br>Defendants. | Case No.: 2:22-00652<br><br>**DEFENDANT NORDSTROM, INC.'S NOTICE OF REMOVAL** |

To the clerk of this Court, Plaintiff ISABEL DEMESA ("Plaintiff") and Plaintiff's attorneys of record:

PLEASE TAKE NOTICE that Defendant NORDSTROM, INC. ('Defendant") by its undersigned attorney files this Notice of Removal of this civil action from the Superior Court of the State of California for the County of Sacramento, to the United States District Court, Eastern District of California, Sacramento Division. Defendant's removal of this action is made pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and based on the following:

1. On April 11, 2022 Plaintiff ISABEL DEMESA ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of Sacramento entitled *Demesa v. Nordstrom, Inc.* case No. 34-2022-00318059. The Complaint alleges negligence and premises liability against Defendant after an incident that took place on August 28, 2020 at the Nordstrom

store located at 1600 Ethan Way, Sacramento, California. A true and correct copy of the summons and complaint from the state court action is attached hereto as Exhibit A.

2. On May 27, 2022 Plaintiff served Defendant with her complaint. This notice of removal, filed on June 27, 2022 is timely under 28 U.S.C. § 1446(b).

3. Notice of this removal will be given promptly to both Plaintiff and the Superior Court pursuant to 28 U.S.C. section 1446(d).

## DIVERSITY OF CITIZENSHIP

4. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332 on the basis of diversity of citizenship of the parties, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(b). Plaintiff is a citizen and resident of the State of California. (Declaration of Emily G. Genge ("Genge Decl."), ¶2, attaching as Exhibit 1 an email from Plaintiff's counsel confirming Plaintiff's California residence).

5. Defendant Nordstrom was at the time of the filing of the above-entitled action, and still is, a citizen of a state other than the State of California within the meaning of 28 U.S.C. section 1332(c)(1). Nordstrom is now, and was at the time the action was commenced, a corporation organized under the laws of the State of Washington with its principal place of business in the State of Washington. (Genge Decl., ¶3, attaching as Exhibit 2 a document from the California Secretary of State relating to Nordstrom Inc.'s corporate status).

6. Nordstrom's corporate office is located in Seattle, Washington, which has the largest group of corporate employees. The majority of Defendant's executive and administrative functions are performed in the State of Washington. Nordstrom's Chief Executive Officer, Secretary, and Chief Financial Officer, senior management, human resources, finance, legal departments, and other administrative functions are located in the State of Washington. (Genge Decl., ¶ 4).

7. Defendant is the only defendant named in Plaintiff's complaint. The presence of Doe defendants has no bearing on diversity with respect to removal. (28 U.S.C. § 1441(b)(1)). Accordingly, no named defendant is a citizen of California, in which state this action was filed and there is complete diversity of citizenship between the parties.

## AMOUNT IN CONTROVERSY

8. Plaintiff's alleged damages in the complaint demonstrate an amount in controversy exceeds $75,000. Plaintiff did not specify the amount of damages in her complaint. However, Plaintiff served a statement of damages for $297,251.91, which is attached hereto as Exhibit C. Plaintiff also alleges hospital and medical expenses, loss of wages and loss of earning capacity, as well as the loss or damage to property, and general damages. (Plaintiff's Complaint, ¶11).

9. The facially apparent allegations in the complaint demonstrate the amount of controversy in this action exceeds the minimum federal district court jurisdictional amount of $75,000. (See 28 U.S.C. § 1332(a); C*havez v. JPMorgan Chase & Co.* (2018) 888 F. 3d 413, 416 – amount in controversy satisfied by allegations of loss of wages; See also *Luckett v. Delta Airlines, Inc.* (5th Cir. 1999) 171 F. 3d 295, 298 – allegations of property damage, travel expenses and pain and suffering satisfied amount in controversy).

10. Therefore, the matters is removable pursuant to 28 U.S.C. sections 1332 and 1446(b).

11. Copies of all process, pleadings, and orders served on the Defendant are attached to this Notice as Exhibits A through C, as follows:

   a. Exhibit A: Summons and Complaint
   b. Exhibit B: Notice of Delayed Case Management Conference
   c. Exhibit C: Statement of Damages

12. Venue is proper in this Court because it is the District Court of the United States for the district within which Superior Court of the State of California for the County of Sacramento *Demesa v. Nordstroms, Inc.* case No. 34-2022-00318059, is pending.

13. WHEREFORE, Defendant requests that the above-entitled action be removed from the Superior Court of the State of California of the County of Sacramento to this Court.

///
///
///
///

**DEMAND FOR JURY TRIAL**

Defendant demands a jury trial of twelve jurors pursuant to FRCP Rule 48.

Dated: June 27, 2022          GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Paul Caleo
Emily Genge
Attorneys for Defendant
NORDSTROM, INC.

# Exhibit A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

NORDSTROM, INC. DBA NORDSTROM RACK and DOES 1-25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ISABEL DEMESA

FILED
Superior Court Of California,
County of Sacramento
04/12/2022
kjohnson12
By_____, Deputy
Case Number:
34-2022-00318059

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SACRAMENTO SUPERIOR COURT
720 NINTH STREET, SACRAMENTO CA 95814

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Christopher A. Price, SBN 160142, Ashton & Price 8243 Greenback Lane, Fair Oaks CA 95628 916-786-7787

DATE: APR 1 2 2022     Clerk, by K. JOHNSON , Deputy
*(Fecha)*                *(Secretario)*           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Nordstrom, Inc.
    under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 5/24/22

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>CHRISTOPHER A. PRICE SBN 160142<br>ASHTON & PRICE, LLP<br>8243 GREENBACK LANE<br>FAIR OAKS CA 95628<br>TELEPHONE NO: 916-786-7787    FAX NO. (Optional): 916-786-7625<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF | FILED<br>Superior Court Of California,<br>Sacramento<br>04/11/2022<br>kjohnson12<br>By_____, Deputy<br>Case Number:<br>34-2022-00318059<br>FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>STREET ADDRESS: 720 NINTH STREET<br>MAILING ADDRESS: 720 NINTH STREET<br>CITY AND ZIP CODE: SACRAMENTO CA 95814<br>BRANCH NAME: GORDON D. SCHABER | |
| PLAINTIFF: ISABEL DEMESA<br><br>DEFENDANT: NORDSTROM, INC. DBA NORDSTROM RACK and DOES 1-25<br>[✓] DOES 1 TO 25 | |
| **COMPLAINT**—Personal Injury, Property Damage, Wrongful Death<br>[ ] **AMENDED** (Number):<br>Type (check all that apply):<br>[ ] **MOTOR VEHICLE**    [✓] **OTHER** (specify): PREMISES LIABILITY<br>[ ] Property Damage        [ ] Wrongful Death<br>[✓] Personal Injury        [ ] Other Damages (specify): | |
| **Jurisdiction** (check all that apply):<br>[ ] **ACTION IS A LIMITED CIVIL CASE**<br>Amount demanded    [ ] does not exceed $10,000<br>                    [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER: |

1. **Plaintiff** (name or names): ISABEL DEMESA
   alleges causes of action against **defendant** (name or names):
   NORDSTROM, INC. DBA NORDSTROM RACK and DOES 1-25
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT**—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |

PLD-PI-001

| SHORT TITLE: DEMESA v NORDSTROM | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Nordstrom dba Rack
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: DEMESA v NORDSTROM | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    GN-1 and Prem.L1-5

Date: MARCH 31, 2022

CHRISTOPHER A. PRICE, SBN 160142
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: DEMESA v NORDSTROM | CASE NUMBER: |
|---|---|

FIRST **CAUSE OF ACTION—General Negligence**    Page 4
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* ISABEL DEMESA

alleges that defendant *(name):* NORDSTROM INC. dba NORDSTROM RACK

☑ Does 1 to 25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 08/28/2020
at *(place):* 1600 ETHAN WAY, SACRAMENTO, SACRAMENTO COUNTY CA

*(description of reasons for liability):*

On August 28, 2020, Plaintiff Isabel Demesa was a customer at the Nordstrom Rack store located at 1600 Ethan Way, Sacramento. As she reached for a purse, the display rack fell on her, causing injuries and damages. Defendants failed in their duty to Plaintiff by negligently owning, maintaining, managing, operating, inspecting, and repairing their premises that caused, allowed, and/or created a dangerous condition to exist of which they had actual or constructive knowledge.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

| | PLD-PI-001(4) |
|---|---|
| SHORT TITLE:<br>DEMESA v NORDSTROM | CASE NUMBER: |

SECOND _____ **CAUSE OF ACTION—Premises Liability**       Page ___5___
    (number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* ISABEL DEMESA
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 08/28/2020               plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

On August 28, 2020, Plaintiff Isabel Demesa was a customer at the Nordstrom Rack store located at 1600 Ethan Way, Sacramento. As she reached for a purse, the display rack fell on her, causing injuries and damages. Defendants failed in their duty to Plaintiff by negligently owning, maintaining, managing, operating, inspecting, and repairing their premises that caused, allowed, and/or created a dangerous condition to exist of which they had actual or constructive knowledge.

Prem.L-2.   [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
NORDSTROM, INC. DBA NORDSTROM RACK

[✓] Does 1 to 25

Prem.L-3.   [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
NORDSTROM, INC. DBA NORDSTROM RACK

[✓] Does 1 to 25

Plaintiff, a recreational user, was  [ ] an invited guest  [✓] a paying guest.

Prem.L-4.   [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does ___ to ___

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[✓] Does 1 to 25

b. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [✓] as follows *(names):*
CURRENTLY UNKNOWN TO PLAINTIFF

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]    **CAUSE OF ACTION—Premises Liability**    Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# Exhibit B

| | For Court Use Only |
|---|---|
|  **SUPERIOR COURT OF CALIFORNIA**<br>**County of Sacramento**<br>720 Ninth Street, Room 102<br>Sacramento, CA 95814-1311 | |
| PETITIONER/PLAINTIFF: Isabel Demesa | |
| RESPONDENT/DEFENDANT: Nordstrom, Inc., et al. | |
| **ORDER RE: DELAY IN SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>34-2022-00318059 |

The Court finds good cause to delay the scheduling of the initial Case Management Conference for this case given the COVID-19 pandemic and its impact on court-wide operations. Among the affected operations is the Court's Case Management Program (CMP). The Court's CMP calendars have been and remain suspended until further notice. After the CMP Departments resume operations, the Court will schedule the initial Case Management Conference in this case and issue a Notice of Case Management Conference and Order to Appear.

The deadline for filing and service of the Case Management Conference Statements will be based upon the date for the initial Case Management Conference once it has been scheduled.

Parties shall continue to accomplish service of all parties named in the action.

Parties shall continue to ensure that all defendants and cross-defendants have answered, been dismissed, or had their defaults entered.

Plaintiff shall serve a copy of this order on any party to the complaint. The cross-complainant shall have the same obligation with respect to the cross-complaint

RICHARD K. SUEYOSHI

Dated: 04/11/2022

Richard K. Sueyoshi, Judge of the Superior Court



# SUPERIOR COURT OF CALIFORNIA
### COUNTY OF SACRAMENTO
### SACRAMENTO, CALIFORNIA, 95814
### 916-874-5522
### WWW.SACCOURT.CA.GOV

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE

Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the Superior Court of California, County of Sacramento (Sacramento County Superior Court), strongly encourages parties in civil cases to explore and pursue the use of Alternative Dispute Resolution.

**What is Alternative Dispute Resolution?**

Alternative Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes which are alternatives to lawsuits. Types of ADR processes include:

- Arbitration
- Mediation
- Settlement Conferences
- Private judging
- Neutral evaluation
- Mini-trials
- Negotiation and *hybrids* of these processes

All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes. At the present time, the Sacramento County Superior Court offers Mediation and Arbitration.

**What are the advantages of using ADR?**

ADR can have a number of advantages over traditional court litigation.

* **ADR can save time.** Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

* **ADR can save money.** By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorneys fees and court expenses.)

* **ADR provides more participation.** Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

* **ADR provides more control and flexibility.** Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

* **ADR can reduce stress and provide greater satisfaction.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation. Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

**Arbitration and Mediation**

Although there are many different types of ADR processes, the types most commonly used to resolve disputes in California state courts are Arbitration and Mediation. The Sacramento County Superior Court currently offers pre-screened panelists with experience and training in each of the following areas.

**Arbitration.** An Arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an Arbitration award. Arbitration awards may be entered as judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes. Arbitration can be binding if the parties so agree in writing. If there is no such agreement, either party can reject the Arbitration award and request a trial.


Case 2:22-cv-01116-AC   Document 1   Filed 06/28/22   Page 15 of 20

Superior Court of California, County of Sacramento
Case Management

**Mediation.** Mediation is a voluntary, informal, confidential process in which the Mediator, a neutral third party, facilitates settlement negotiations. The Mediator improves communication by and among the parties, helps parties clarify facts, identify legal issues, explore options and arrive at a mutually acceptable resolution of the dispute.

Litigants are encouraged to use an ADR process as early in the case as circumstances permit. All appropriate cases will be reviewed for referral to ADR at the Case Management Conference(CMC).

### ADR Procedures for the Sacramento County Superior Court

Upon filing a complaint or cross-complaint, the plaintiff/cross-complainant must acquire this information package from the Court's Website, http://www.saccourt.ca.gov, or the Superior Court Clerk. Plaintiff is required to include the ADR Information Package when he or she serves the Complaint on the Defendant.

The court's ADR Panel List is available on-line at http://www.saccourt.ca.gov or may be obtained at the Civil Filing Counter at the Gordon D. Schaber Sacramento County Courthouse, 720 Ninth Street, Room 101, Sacramento, CA 95814.

**Mediation.**
All parties to the dispute may voluntarily agree to submit the case to a neutral Mediator, either through a court-appointment or through a private arrangement. The parties may choose either of the following Mediation choices:

> **Private Mediation.** Parties to a civil action agree to mediate their dispute with a Mediator of their choice without court assistance. The cost of Mediation must be borne by the parties equally unless the parties agree otherwise. Parties will be charged an amount as set by the Mediator (refer to the ADR Panel List for current rates).
>
> **Court Mediation.** Upon stipulation of the parties, a Mediator and alternate Mediator will be selected from the court-approved list of neutrals (ADR Panel List). The court will confirm the selected Mediator and notice parties by mail.
>
> The Mediator is then responsible for contacting the parties to confirm a date, time, and place for Mediation. Mediators on the court's approved ADR Panel List have agreed to provide up to three (3) hours of pro-bono Mediation. In the event the Mediation extends beyond 3 hours and parties determine it would be beneficial to continue the Mediation process; the parties will independently be responsible for compensating the Mediator in an amount as set by the Mediator.

<u>UNLIMITED CIVIL CASES</u>
- A *Stipulation and Order to Mediation – Unlimited Civil Cases,* Form CV\E-MED-179 *(see attached)* may be filed with the court at any time up to 15 calendar days prior to the Case Management Conference.

- If the parties do not stipulate to Mediation prior to their CMC, they may indicate their willingness to stipulate to Mediation at the CMC. In that event, parties must submit a *Stipulation and Order to Mediation – Unlimited Civil Cases* within 14 calendar days after their CMC.

- A *Mediation Statement* must be filed with the *Case Management Statement.*

<u>LIMITED CIVIL CASES</u>
- Parties may select and conduct voluntary Private Mediation without notification to the Court.

- Parties may stipulate to court mediation by filing a Stipulation and Order to Arbitration/Mediation - Limited Civil Cases form (CV\E-203) at any time after the filing of the Limited Civil Case Status Memorandum form (CV\E-202). This form is located on the court's website at http://www.saccourt.ca.gov. A Stipulation and Order to Arbitration/Mediation – Limited Civil Cases MUST be filed concurrently or subsequent to a Limited Civil Case Status Memorandum.





## Arbitration

### UNLIMITED CIVIL CASES

- Plaintiff may elect, the parties may stipulate, or the judge may Order the case to Arbitration. Parties will be asked to select an Arbitrator and three alternate Arbitrators from the court's ADR Panel List. The court will send a Notice of Appointment and an appropriate Order to Arbitration to all parties.

- Arbitrations are conducted pursuant to California Rules of Court, rules 3.810 through 3.830, and Local Rules Chapter 2, Part 5. Unless otherwise stipulated, an Award of Arbitrator is not binding upon the parties provided that they file a timely Request for Trial De Novo pursuant to California Rules of Court, rule 3.826. Upon the filing of a timely Request for Trial De Novo, the case will proceed to a Trial-Setting Conference. If no timely Request for Trial De Novo is filed, judgment based upon the Award of Arbitrator will be entered pursuant to California Rules of Court, rule 3.827.

### LIMITED CIVIL CASES

Arbitration may occur in a limited civil case under the following circumstances:

- When all parties stipulate to arbitration pursuant to Code of Civil Procedure section 1141.12. A stipulation for arbitration shall be filed using the Court's local form, Stipulation and Order to Arbitration/Mediation – Limited Civil Cases form (CV\E-203). A Stipulation and Order to Arbitration/Mediation – Limited Civil Cases MUST be filed concurrently or subsequent to a Limited Civil Case Status Memorandum form (CV\E-202).

- When plaintiff elects to refer the case to judicial arbitration. A written election by the plaintiff to submit an action or proceeding to arbitration shall be filed using the Court's local form, Limited Civil Case Status Memorandum form (CV\E-202).

## Additional Information

For additional information regarding the Court's ADR program, please go to the Court's website http://www.saccourt.ca.gov.

# Exhibit C

- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): CHRISTOPHER A. PRICE, SBN 1651061 ASHTON & PRICE, LLP 8243 GREENBACK LANE FAIR OAKS CA 95628 ATTORNEY FOR (name): PLAINTIFF | TELEPHONE NO.: 916-786-7787 | FOR COURT USE ONLY |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO STREET ADDRESS: 720 NINTH STREET MAILING ADDRESS: 720 NINTH STREET CITY AND ZIP CODE: SACRAMENTO CA 95814 BRANCH NAME: GORDON D SCHABER | | |
| PLAINTIFF: ISABEL DEMESA DEFENDANT: NORDSTROM, INC DBA NORDSTROM RACK, et al | | |
| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: 34-2022-00318059 | |

To (name of one defendant only): NORDSTROM, INC DBA NORDSTROM RACK
Plaintiff (name of one plaintiff only): ISABEL DEMESA
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                                                   AMOUNT
   a. [✓] Pain, suffering, and inconvenience ...................................................................... $ 200,000.00
   b. [ ] Emotional distress. ........................................................................................... $
   c. [ ] Loss of consortium ........................................................................................... $
   d. [ ] Loss of society and companionship (wrongful death actions only) ................................. $
   e. [ ] Other (specify) ................................................................................................. $
   f. [ ] Other (specify) ................................................................................................. $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) ............................................................................. $ 12,251.91
   b. [✓] Future medical expenses (present value) ............................................................ $ 85,000.00
   c. [ ] Loss of earnings (to date) ................................................................................. $
   d. [ ] Loss of future earning capacity (present value) ...................................................... $
   e. [ ] Property damage ............................................................................................ $
   f. [ ] Funeral expenses (wrongful death actions only) ..................................................... $
   g. [ ] Future contributions (present value) (wrongful death actions only) .............................. $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ................. $
   i. [ ] Other (specify) ................................................................................................ $
   j. [ ] Other (specify) ................................................................................................ $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $
   when pursuing a judgment in the suit filed against you.

Date: MAY 16, 2022

CHRISTOPHER A. PRICE, SBN 160142
(TYPE OR PRINT NAME)                                          ▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CIV-050 [Rev. January 1, 2007] | STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | Code of Civil Procedure, §§ 425.11, 425.115 www.courtinfo.ca.gov |

CIV-050

| PLAINTIFF: ISABEL DEMESA | CASE NUMBER: |
| --- | --- |
| DEFENDANT: NORDSTROM, INC DBA NORDSTROM RACK, et al | 34-2022-00318059 |

**PROOF OF SERVICE**
*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages   ☐ Other *(specify):*

   b. on *(name):*

   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.
Date:

▶ _____
(SIGNATURE)

**PROOF OF SERVICE**
*Demesa v. Nordstroms*
Sacramento Superior Court, Case No. 34-2022-00318059

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000 San Francisco, CA 94111. On the date set forth below, I served the within documents:

**DEFENDANT NORDSTROM, INC.'S NOTICE OF REMOVAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **VIA E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent by electronically mailing a true and correct copy through the Gordon Rees Scully Mansukhani, LLP electronic mail system from my email address: khernandez@grsm.com, to the email address(es) set forth herein.

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FEDEX as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP described below, addressed as follows:

| Christopher A. Price, Esq. <br> **ASHTON & PRICE, LLP** <br> 8243 Greenback Lane <br> Fair Okas, CA 95628 <br> Tel:   (916) 786-7787 <br> Fax:   N/A <br> Email: chris@ashtonandprice.com <br>             daniela@ashtonandprice.com <br>             kristin@ashtonandprice.com | Attorneys for Plaintiff <br> ISABEL DEMSA |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 27, 2022 at San Francisco, California.



Kristie Hernandez

-5-
DEFENDANT NORDSTROM, INC.'S NOTICE OF REMOVAL