PAUL CALEO (SBN 153925)
pcaleo@grsm.com
EMILY GENGE (SBN 318706)
egenge@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

*Attorneys for Defendant*
NORDSTROM, INC.
*(erroneously sued as Nordstrom, Inc. dba Nordstrom Rack)*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISABEL DEMESA,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC. dba NORDSTROM RACK, and DOES 1 through 25, inclusive.<br><br>    Defendants. | Case No.: 2:22-00652<br><br>**DECLARATION OF EMILY G. GENGE IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S NOTICE OF REMOVAL** |

I, Emily G. Genge, declare as follows:

1. I am an attorney licensed to practice in the State of California and Associate of the law firm of Gordon Rees Scully Mansukhani, LLP. I am counsel for Defendant Nordstrom Inc. ("Nordstrom"). The following is based on my personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Plaintiff is a citizen and resident of the State of California. On October 9, 2020, Natalia Bucatari from Plaintiff counsel's office emailed my client confirming Plaintiff's address in Sacramento, California. Attached as Exhibit 1 is a true and correct copy of Ms. Bucatari's October 9, 2020 email confirming Plaintiff is a resident of California

3. Nordstrom is a corporation organized under the laws of the State of Washington. Nordstrom's principal place of business is in the State of Washington. Attached as Exhibit 2 is a

-1-
DECLARATION OF EMILY G. GENGE IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S
NOTICE OF REMOVAL

true and correct copy of the California Secretary of State Statement of Information that indicates Nordstrom's corporate status and principal executive office in Seattle, Washington.

4. Nordstrom's corporate office is located in Seattle, Washington, which has the largest group of corporate employees. The majority of Defendant's executive and administrative functions are performed in the State of Washington. Nordstrom's Chief Executive Officer, Secretary, and Chief Financial Officer, senior management, human resources, finance, legal departments, and other administrative functions are located in the State of Washington.

5. Plaintiff's alleged damages in the complaint demonstrate an amount in controversy exceeds $75,000. Plaintiff alleges hospital and medical expenses, loss of wages and loss of earning capacity, as well as the loss or damage to property, and general damages. (Plaintiff's Complaint, ¶11). Plaintiff prepared a statement of damages claiming a total of $297,251.91 in damages.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 27, 2022 at San Francisco, California.

Emily Genge

**Gordon Rees Scully Mansukhani, LLP**
1111 Broadway, Suite 1700
Oakland, CA 94607

-2-
DECLARATION OF EMILY G. GENGE IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S NOTICE OF REMOVAL

# Exhibit 1

# Kristie Hernandez

| | |
|---|---|
| **From:** | Natalia Bucatari <Natalia@ashtonandprice.com> |
| **Sent:** | Friday, October 9, 2020 9:43 AM |
| **To:** | Williams, Cherie |
| **Subject:** | RE: Claim: GC2004331968 |

Our client DOB is 11-2-54, the address Is 9224 Danbier Ct, Sacramento, CA 95829. You don't need to call the client, in case you have any questions you can reach our office at any time.  AS for health insurance she has Blue Cross.  As about the incident, I know the client was trying to reach a purse and a rack fell on her. More details like all the clients bills, records and  pictures we will send them to you once she is done treating and we have the demand ready. For now client is still treating with the chiropractor witch is Healing Touch Chiropractor and with Dr. Jamali he is an orthopedic doctor. If you have any other questions please fell free to contact me at any time. Thank you and have a nice day.

**From:** Williams, Cherie <cherie.williams@nordstrom.com>
**Sent:** Friday, October 9, 2020 9:27 AM
**To:** Natalia Bucatari <Natalia@ashtonandprice.com>
**Subject:** RE: Claim: GC2004331968

Hi,

Thank you for the receipt. Can you provide the below requested information in the bulleted section as well? I'll wait to hear from you.

Thanks,

Cherié

**From:** Natalia Bucatari <Natalia@ashtonandprice.com>
**Sent:** Friday, October 9, 2020 9:05 AM
**To:** Williams, Cherie <cherie.williams@nordstrom.com>
**Subject:** RE: Claim: GC2004331968

Good morning, please see attached receipt that the client sent us from the date of incident. Thank you.

**From:** Williams, Cherie <cherie.williams@nordstrom.com>
**Sent:** Thursday, October 8, 2020 3:30 PM
**To:** Natalia Bucatari <Natalia@ashtonandprice.com>
**Subject:** RE: Claim: GC2004331968

Hi Natalia,

Thank you for speaking with me this afternoon.  Nordstrom is self-insured and self-administered and as we discussed, all future communication can be directed to my attention.

Would you mind reaching out to your client to verify the date of loss? We do not have a record of an alleged accident from 8/21/20. Do you know if she made a purchase that day? If so, please forward us a copy of the receipt in order for us to further investigate this situation.

Related to your preservation demand, your client has not provided Nordstrom with any authorizations or any written statements. Any reports submitted to our office would be confidential work product and would not be something we'd provide. It's unclear what you are asking for related to your request for "preservation and copy of vehicle event data recorder" and do not believe that would be related to an incident in a retail establishment. Related to your request for us to preserve "photographs, audio, video and digital recordings" please note our investigation is ongoing, however if any "photographs, audio, video and digital recordings" of your clients alleged incident are located, they will be preserved.

Since your client is pursuing a claim, please provide us with:

- A summary of your clients allegation
- Pictures your client may have taken
- Confirmation your client was in the store on 8/21/20
- Your clients date of birth, address and phone number
- Confirm whether your client is Medicare eligible
- Copies of any medical and billing records related to your client allegations

Thank you and we look forward to working with you.

Sincerely,


Cherié Williams
Nordstrom, Inc.
(206) 303-2691
Fax (206) 303-2789
PO 21865
Seattle, WA 98111

---

**From:** Natalia Bucatari <Natalia@ashtonandprice.com>
**Sent:** Thursday, October 8, 2020 3:06 PM
**To:** Williams, Cherie <cherie.williams@nordstrom.com>
**Subject:** Claim: GC2004331968

Please see attached Representation Letter for our client Isabel Demesa. Please let me know if I can help with anything else. Thank you  and have a nice day.

2

# Exhibit 2

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | NORDSTROM, INC. |
| Entity (File) Number: | C0843547 |
| File Date: | 12/10/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | WASHINGTON |
| Document ID: | H025327 |

**Detailed Filing Information**

1. Entity Name: NORDSTROM, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:
   1617 Sixth Avenue
   Seattle , Washington 98101
   United States of America

   c. Street Address of Principal Executive Office:
   1617 Sixth Avenue
   Seattle , Washington 98101
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Erik   Nordstrom
   1617 Sixth Avenue
   Seattle , Washington 98101
   United States of America

   b. Secretary:
   Ann   Steines
   1617 Sixth Avenue
   Seattle , Washington 98101
   United States of America

Document ID: H025327

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

Anne   Bramman
1617 Sixth Avenue
Seattle , Washington 98101
United States of America

4.  Director:

Not Applicable

Number of Vacancies on the Board of Directors:

Not Applicable

5.  Agent for Service of Process:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)

6.  Type of Business:

Retail

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Brian DeFoe

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: H025327

# PROOF OF SERVICE
*Demesa v. Nordstroms*
Sacramento Superior Court, Case No. 34-2022-00318059

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000 San Francisco, CA 94111. On the date set forth below, I served the within documents:

**DECLARATION OF EMILY G. GENGE IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S NOTICE OF REMOVAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **VIA E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent by electronically mailing a true and correct copy through the Gordon Rees Scully Mansukhani, LLP electronic mail system from my email address: khernandez@grsm.com, to the email address(es) set forth herein.

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FEDEX as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP described below, addressed as follows:

| | |
|---|---|
| Christopher A. Price, Esq.<br>**ASHTON & PRICE, LLP**<br>8243 Greenback Lane<br>Fair Okas, CA 95628<br>Tel:    (916) 786-7787<br>Fax:   N/A<br>Email: chris@ashtonandprice.com<br>          daniela@ashtonandprice.com<br>          kristin@ashtonandprice.com | Attorneys for Plaintiff<br>ISABEL DEMSA |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 27, 2022 at San Francisco, California.


Kristie Hernandez

-3-
DECLARATION OF EMILY G. GENGE IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S NOTICE OF REMOVAL