1  PAUL CALEO (SBN 153925)
   pcaleo@grsm.com
2  EMILY GENGE (SBN 318706)
   egenge@grsm.com
3  **GORDON REES SCULLY MANSUKHANI, LLP**
   1111 Broadway, Suite 1700
4  Oakland, CA 94607
   Telephone: (510) 463-8600
5  Facsimile: (510) 984-1721

6  *Attorneys for Defendant*
   NORDSTROM, INC. *(erroneously sued as*
7  *Nordstrom, Inc. dba Nordstrom Rack)*

8
                     **UNITED STATES DISTRICT COURT**
9
              **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 | ISABEL DEMESA, | Case No.: 2:22-cv-01116-JAM-AC |
12 | Plaintiff, | |
13 | v. | **AMENDED STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE DISCOVERY AND DISCLOSE EXPERTS AND RESCHEDULE THE TRIAL DATE** |
14 | NORDSTROM, INC. dba NORDSTROM RACK, and DOES 1 through 25, inclusive. | |
15 | | |
16 | Defendants. | |
17 | | Complaint Filed:    April 11, 2022 |

18
19     Plaintiff Isabel Demesa ("Plaintiff") and Defendant Nordstrom, Inc. ("Defendant") hereby
20 submit the following Stipulation for Order Extending time to (1) discovery; (2) disclosure of
21 experts, and (3) trial.
22     WHEREAS the joint request stems from good cause. Both parties require additional time
23 to complete necessary discovery before they can identify the proper experts, formally retain
24 them, and disclose pursuant to the Federal Rules of Civil Procedure. Specifically, Plaintiff
25 intends to depose multiple current and former Nordstrom employees and Defendant intends to
26 depose Plaintiff's treating physicians. Additionally, Defendant will be serving a notice for an
27 Independent Medical Examination of Plaintiff by a qualified medical expert, which will not be
28 completed until sometime in September.

-1-
AMENDED STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE
DISCOVERY AND DISCLOSE EXPERTS AND RESCHEDULE THE TRIAL DATE

1    WHEREAS there have been no prior extension requests.

2    WHEREAS the parties have made and continue to make good faith efforts to move this
3    matter forward towards mediation and if necessary, expert discovery and trial.

4    WHEREAS the parties request have conferred with the Courtroom Deputy, M. York, and
5    have agreed to the following dates and deadlines:

6   • Discovery Cutoff Date:           **6/7/2024**
7   • Disclosure of Expert(s) Deadline:     **7/3/2024**
8   • Supplemental Disclosure Deadline:  **7/12/2024**
9   • Dispositive Motion Filing Deadline: **7/15/2024**
10  • Dispositive Motion Hearing:       **8/20/2024, at 1:30 pm**
11  • Joint Mid-Litigation Statement Filing Deadline:   **5/24/2024 (Fourteen (14) days prior
12    to the close of discovery)**
13  • Final Pretrial Conference:         **9/3/2024, at 10:00 am**
14  • Jury Trial:                **10/28/2024, at 9:00 am**

15  .

16  **<u>IT IS SO STIPULATED</u>**

18   Dated:  August 25, 2023            GORDON REES SCULLY MANSUKHANI, LLP

20                       By:   */S/ Emily Genge*
                              Paul Caleo
21                            Emily Genge
                              Attorneys for Defendant
22                            NORDSTROM, INC.

23   Dated: August 24, 2023             ASHTON & PRICE, LLP

24                       By:   */S/ Christopher Ashton*
                              Christopher A. Price
25                            Attorneys for Plaintiff
                              ISABEL DEMESA

-2-
AMENDED STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE
DISCOVERY AND DISCLOSE EXPERTS AND RESCHEDULE THE TRIAL DATE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 25, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE