```
1  CHRISTOPHER A. PRICE, SBN: 160142
   ASHTON & PRICE, LLP
2  8243 GREENBACK LANE
   FAIR OAKS CA 95628
3  (916) 786-7787
4
5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL DEMESA, | Case No. 2:22-CV-01116-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| NORDSTROM INC., | |
| Defendant. | |
| | Complaint Filed: April 11, 2022 |

The parties to this action, acting though counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

[SIGNATURES ON NEXT PAGE]

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Respectfully Submitted,

                                  ASHTON & PRICE, LLP

October 2, 2024                           /s/ Christopher A. Price
                                  CHRISTOPHER A. PRICE
                                  Attorney for Plaintiff

                                  GORDON REES SCULLY
                                  MANSUKHANI, LLP

October 2, 2024                           /s/ Emily Genge
                                  EMILY GENGE
                                  Attorney for Defendant

## ORDER

    The stipulation is **APPROVED**. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED with prejudice**.

    **IT IS SO ORDERED**.

Dated:  October 4, 2024                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**